IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THOMAS D. KUEHL, | ) |
| Plaintiff, | ) Civil No. 1:04 CV0029 |
| v. | ) Judge Richard Alan Enslen |
| BRISTOL-MYERS SQUIBB CO., | ) |
| Defendant. | ) |

## STIPULATION TO VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the settlement agreement reached by the parties, the parties through their respective counsel hereby stipulate to the entry of an order granting Plaintiff a voluntary dismissal of the Complaint, with prejudice, and without the assessment of costs or attorneys' fees against either party.

DATED: April 29, 2005

_____
Norma Zeitler, Esq.
Attorney for Defendant
Barnes & Thornburg LLP
One North Wacker Dr., Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

_____
Mr. Thomas D. Kuehl
5860 Tesoro Drive NE
Rockford, Michigan 49341
Telephone: (616) 874-1936

CHDS01 NZEITLER 269249v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above-referenced document has been served this 20th day of May, 2005, via First Class U.S. Mail, to the following:

> Thomas D. Kuehl
> 5860 Tesoro Drive NE
> Rockford, Michigan 49341

_____
Norma W. Zeitler